[Nos. 25931-1-II; 25935-4-II.   Division Two.   October 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY WALTER CHRISTENSON, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 99-1-02858-1 and 99-1-02857-2, Nile E. Aubrey, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 26058-1-II.   Division Two.   October 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD E. NYGREN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-01451-4, Richard A. Strophy, J., entered June 5, 2000. *Remanded* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26176-6-II.   Division Two.   October 12, 2001.]

ANNE HIRSCH, ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-01010-5, Richard D. Hicks, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Bridgewater, J, concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 26360-2-II.   Division Two.   October 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIO JOSE MOLINA-PORTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02265-6, Karen L. Strombom, J., entered August 18, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.